# U.S. OFFICIAL ORDER FORMS – SCHEDULES I & II
## DRUG ENFORCEMENT ADMINISTRATION

See Reverse of PURCHASER'S Copy for Instructions

No order form may be issued for Schedule I and II substances unless a completed application form has been received. (21 CFR 1305.04).

OMB APPROVAL No. 1117-0010

TO: (Name of Supplier) The Woodlands Compounding Pharmacy
STREET ADDRESS 3000 Research Forest Drive Ste A3
CITY and STATE The Woodlands Tx 77381
DATE 9-4-12

### TO BE FILLED IN BY PURCHASER

| LINE No. | No. of Packages | Size of Package | Name of Item | NATIONAL DRUG CODE | No. of Packages Received | Date Received |
|---|---|---|---|---|---|---|
| 1 | 8 | 50 mL | Pentobarbital 2.5g | | 8 | 9/10/13 |
| 2 | | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | | | | | | |
| 7 | | | | | | |
| 8 | | | | | | |
| 9 | | | | | | |
| 10 | | | | | | |

LAST LINE COMPLETED (MUST BE 10 OR LESS) 1

SIGNATURE OF PURCHASER OR ATTORNEY OR AGENT [signed]

Name and Address of Registrant:
TX DEPT OF CRIMINAL JUSTICE
HUNTSVILLE UNIT HOSPITAL
815 12TH STREET
HUNTSVILLE, TX 77340-0000-000

Date Issued: 02/11/2011
DEA Registration No.: AT8329737
Schedules: 2, 2N, 3, 3N, 4, 5
No. of this Order Form: 110855260
Registered as a: HOSPITAL/CLINIC

DEA Form -222 (JANUARY 2010)

PURCHASER'S Copy 3

**EXHIBIT B**

```
THE WOODLANDS
COMPOUNDING PHARMACY
8701 NEW TRAILS DR
THE WOODLANDS TX 77381
TERMINAL ID:            1111

MC PUR
************4208 EXP:**/**    SWIPED
SALE
BATCH: 000597   INV: 000016
Sep 16, 13           12:51
           AUTH: 095311

AUTH/TK1 095311

                  $2800.00

BRENDA HICKS


       CUSTOMER COPY
```

ds Compounding Pharmacy

h Forest Dr. Ste A3

ds, TX 77381

# Invoice

| Date | Invoice # |
|---|---|
| 9/16/2013 | 1145 |

| P.O. No. | Terms | Project |
|---|---|---|
|  |  |  |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 8 | Pentobarbital 50 mg/ml (2.5 Grams) 50 ml | 350.00 | 2,800.00 |

**Total**     $2,800.00

# Invoice

**The Woodlands Compounding Pharmacy**
3200 Research Forest Dr. Ste A3
The Woodlands, TX 77381
281-419-1340

| Date | Invoice # |
|---|---|
| 9/16/2013 | 1145 |

**Bill To**
TDCJ
Erica Minor

| P.O. No. | Terms | Project |
|---|---|---|
|  |  |  |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 8 | Pentobarbital 50 mg/ml (2.5 Grams) 50 ml | 350.00 | 2,800.00 |

**Total** $2,800.00