

## Texas Department of Criminal Justice

# STEP 1  OFFENDER GRIEVANCE FORM

**OFFICE USE ONLY**
Grievance #: _____
Date Received: _____
Date Due: _____
Grievance Code: _____
Investigator ID #: _____
Extension Date: _____
Date Retd to Offender: _____

Offender Name: Michael Yowell    TDCJ # 999334
Unit: Polunsky    Housing Assignment: 12-A-A-4
Unit where incident occurred: Polunsky

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.
Who did you talk to (name, title)? Sent I-60 to Warden Muniz    When? 8-12-13
What was their response? None
What action was taken? None

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

[I] am scheduled for execution on 10-09-13 and I understand that the State of Texas is running [ou]t of their current supply of execution drugs—and that the drugs are due to expire near the end of [Se]ptember 2013. I have not been told anything about how the State plans to execute me, what drugs [wi]ll be used, where those drugs will come from, or what protocol will be followed. I am writing to [ob]ject to and grieve these facts. I object to the State of Texas keeping all of this a secret. I ask [th]at TDCJ give me and my Lawyer this information before my execution, and that my execution be [st]ayed until there is time to look at this information so that my grievance can be addressed.

SEP 03 2013

Copy 2 of 2

**EXHIBIT E**

I-127 Front (Revised 11-2010)    YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM    (OVER)

Appendix F

Action Requested to resolve your Complaint: To be given a stay of execution and for TDJ to come forth with the information requested

Offender Signature: [signature] SEP 0 3 2013 Date: 9-3-13

Grievance Response:

Signature Authority: _____ Date: _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

Returned because: *Resubmit this form when the corrections are made.

- [ ] 1. Grievable time period has expired.
- [ ] 2. Submission in excess of 1 every 7 days. *
- [ ] 3. Originals not submitted. *
- [ ] 4. Inappropriate/Excessive attachments. *
- [ ] 5. No documented attempt at informal resolution. *
- [ ] 6. No requested relief is stated. *
- [ ] 7. Malicious use of vulgar, indecent, or physically threatening language. *
- [x] 8. The issue presented is not grievable.
- [ ] 9. Redundant. Refer to grievance # _____
- [ ] 10. Illegible/Incomprehensible. *
- [ ] 11. Inappropriate. *

UGI Printed Name/Signature: S. Harris [signature]

Application of the screening criteria for this grievance is not expected to adversely affect the offender's health.

Medical Signature Authority: _____

**OFFICE USE ONLY**
Initial Submission UGI Initials: SH
Grievance #: 2014001459
Screening Criteria Used: 99418
Date Recd from Offender: SEP 0 3 2013
Date Returned to Offender: SEP 0 3 2013
2nd Submission UGI Initials: _____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____
3rd Submission UGI Initials: _____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____

I-127 Back (Revised 11-2010)      Appendix F

```
*****************************************************************************
*** REQUESTOR: SHA9225 - HARRIS, SAVANNAH      POLUNSKY UNIT              ***
*****************************************************************************
***                     S Y S M   I N B A S K E T   P R I N T            ***

MESSAGE ID: 149059A      DATE: 09/03/13   TIME: 01:23pm   PRIORITY: 000

TO:         SHA9225 - HARRIS, SAVANNAH
            GRIEVANCE INVESTIGATOR II
            POLUNSKY UNIT
            3872 FM 350 SOUTH
            LIVINGSTON, TEXAS 77351


FROM:       KWA0210 - WARD, KELLI
            ADMINISTRATOR, MANAGER I
            OFFENDER GRIEVANCE
            1060 STATE HWY 190 EAST
            HUNTSVILLE, TX 77342-0099


SUBJECT:    Reply to LETHAL INJECT GRVS

*** Original Author:   SHA9225 - HARRIS, SAVANNAH; 09/03/13 01:16pm

DEATH ROW OFFENDERS ARE SUBMITTING GRIEVANCES SAYING THEY HAVE NOT
BEEN TOLD ANYTHING ABOUT HOW THE STATE PLANS TO EXECUTE THEM, WHAT
DRUGS WILL BE USED, WHERE THE DRUGS WILL COME FROM, OR WHAT PROTOCOL
WILL BE FOLLOWED. THEY WERE TOLD THE STATE IS RUNNING OUT OF THE
CURRENT SUPPLY OF DRUGS & THAT THE DRUGS ARE GOING TO EXPIRE
AT THE END OF SEPTEMBER 2013. THEIR DATES ARE AFTER THE BEGINNING OF
SEPTEMBER.

IS THIS A GRIEVABLE ISSUE; WHAT CODE SHOULD BE UTILIZED? PLEASE
ADVISE.

THANKS,
S. HARRIS

*** Comments From: KWA0210 - WARD, KELLI; 09/03/13 01:22pm
I SPOKE WITH MS. PARKER AND WE ARE AGREED THAT THIS IS NOT A GRIEVABLE
ISSUE.

KELLI

Sent to:   SHA9225            HARRIS, SAVANNAH                (to)
```