UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Thomas Whitaker, et al., | § § § | |
| Plaintiffs, | § § | |
| versus | § § | Civil Action H-13-2901 |
| Brad Livingston, et al., | § § § | |
| Defendants. | § | |

## Final Dismissal

1. Because Thomas Whitaker and Perry Williams do not know the means that Texas will select for their execution, their claim of an injury from that unknown means is hypothetical. Courts do not address issues that are not yet ripe.

2. Whitaker and Williams's claims against Brad Livingston, William Stephens, James Jones, and unknown executioners are dismissed. (39)

Signed on December 4, 2013, at Houston, Texas.

Lynn N. Hughes
United States District Judge