# EAGLE
ANALYTICAL SERVICES
A PCCA COMPANY

## LABORATORY REPORT

4/27/2015

Client #:
Sample: **Pentobarbital Na5**
50mg/ml
Lot #:
Sample ID #:
Date Rec'd: 4/14/2015

## LABORATORY TEST RESULTS

### Microbiological Tests:

| | Date | Measured | Result |
|---|---|---|---|
| Bacterial Endotoxin USP <85> | 4/17/2015 | <1 EU/mL | Pass |
| Eagle Sterility Test | Day 7 (Neg.) | | |
| Rapid ScanRDI Microbial Detection | -- | | |

### Chemical Tests:

| | Date | Reported | Measured | Potency |
|---|---|---|---|---|
| Pentobarbital Sodium | 4/17/2015 | 50 mg/mL | 49.9 mg/mL | 99.8 % |

**Notes:**
Endotoxins are measured using USP<85> Turbidimetric procedure, with an inhibition / enhancement test performed on each sample.

Eagle Sterility Membrane Filtration is a 14 day test using the membrane filtration procedure. Test for BACTERIA, MOLDS, YEAST AND FUNGI with two media at separate temperatures. Test read on days 3, and 7 are not final until the full 14 day test is complete.

Potency is determined via USP <621> HPLC, USP<851> Spectrophotometry, and specific monograph testing procedures.

Respectfully submitted,
EAGLE ANALYTICAL SERVICES LTD.

*[signature]*

William J. Zolner, Ph.D., Chief Scientific Officer

---

9940 W. Sam Houston Pkwy S., Suite 310, Houston, TX 77099      832-295-1276      281-754-4700 (fax)

5000

**EXHIBIT 3**