United States District Court
Southern District of Texas
**ENTERED**
June 06, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Thomas Whitaker, et. al., | § § § | |
| Plaintiffs, | § | |
| versus | § § | Civil Action H-13-2901 |
| Brad Livingston, et al., | § § | |
| Defendants. | § § | |

## Order on Mootness and Injunction

All motions for discovery, and other requests for relief, are denied. The court does not enjoin Texas from carrying out Williams's execution.[1]

Signed on June 6, 2016, at Houston, Texas.

Lynn N. Hughes
United States District Judge

---

[1] *Whitaker v. Livingston*, 732 F.3d 465, 466-68 (5th Cir. 2013).