# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| THOMAS WHITAKER, AND PERRY WILLIAMS, | § § § | |
| Plaintiffs, | § | CIVIL ACTION NO: 4:13-CV-2901 |
| | § | |
| v. | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| BRAD LIVINGSTON, ET AL. | § | |
| Defendants. | § | |

## Notice of Withdrawal As Counsel

1. Jessica A. Hinkie files this notice of her withdrawal as counsel for Thomas Whitaker and Perry Williams (collectively "Plaintiffs").

2. There is good cause for the withdrawal because Ms. Hinkie will be leaving Baker, Donelson, Bearman, Caldwell & Berkowitz, PC, which is the firm retained by Plaintiffs to represent them in this matter.

3. Baker Donelson will continue to represent Plaintiffs, with Bobbie L. Stratton as lead attorney and Bradley Chambers and Valerie Henderson as additional attorneys of record.

4. Ms. Hinkie requests that she be removed as an attorney of record on this matter and receive no further notices.

Respectfully submitted,

*/s/ Jessica Hinkie*
**Bradley E. Chambers**
Texas Bar No. 24001860
Federal ID No. 22008
**Bobbie Stratton**
Texas Bar No. 24051394
Federal ID No. 1037350
**Jessica Hinkie**
Texas Bar No. 24074415
Fed. ID No. 1366991
**Valerie Henderson**
Texas Bar No. 24078655
Fed. ID No. 1392550
**BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, P.C.**
1301 McKinney, Suite 3700
Houston, Texas 77010
(713) 650-9700 - Telephone
(713) 650-9701 - Facsimile
bchambers@bakerdonelson.com
bstratton@bakerdonelson.com
jhinkie@bakerdonelson.com
vhenderson@bakerdonelson.com

Maurie Levin
Texas Bar No. 00789452
211 South Street #346
Philadelphia, PA 19147
(512) 294-1540 - Telephone
(215) 733-9225 - Facsimile
maurielevin@gmail.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 6th day of July 2016, the foregoing pleading was filed using the electronic case filing system of this Court. Thus, counsel of record for Defendants, who have consented to accept this Notice as service by electronic means, were served via the electronic filing system.

                                               */s/ Jessica Hinkie*
                                               Jessica Hinkie